Judge Berman

08 CV 3620

214-08/MEU/SL
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
VARDHMAN SHIPPING PVT LTD.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

VARDHMAN SHIPPING PVT LTD.,

    Plaintiff,

-against-

HERNING SHIPPING AS,

    Defendant.

08 Civ _____ (____)

**RULE 7.1 STATEMENT**

APR 15 2008
U.S.D.C. S.D.N.Y.
CASHIERS

---

The Plaintiff, VARDHMAN SHIPPING PVT LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel (a private non-governmental party) certifies that it is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
      April 15, 2008

                       FREEHILL HOGAN & MAHAR, LLP
                       Attorneys for Plaintiff
                       VARDHMAN SHIPPING PVT LTD.

By: _____
     Michael E. Unger (MU 0045)
     80 Pine Street
     New York, NY 10005
     Telephone: (212) 425-1900

NYDOCS1/302830.1